IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANA COURTS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 24-CV-016-SPS |
| ) | |
| LELAND DUDKE, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER AWARDING ATTORNEY FEES**

Plaintiff was the prevailing party in this appeal of the Commissioner of the Social Security Administration's decision denying benefits under the Social Security Act. She seeks an award of attorney fees in the amount of $7,970.90 under the Equal Access to Justice Act, 28 U.S.C. § 2412 *et seq*. (Doc. 20). The Commissioner indicates that he has no objection to the reduced agreed upon amount of $7,800.00. (Doc. 21).

Upon review of the record herein, the Court finds that the reduced agreed amount is reasonable and that the Commissioner should be ordered to pay it to the Plaintiff as the prevailing party herein.  *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort)[.]"); *see also Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) ("The EAJA therefore permits attorney's fees reimbursement to financially eligible prevailing parties, who make a proper application, and not to their attorneys.").

Accordingly, IT IS ORDERED that the Plaintiff's Motion for Award of Attorney Fees

Pursuant to the Equal Access to Justice Act (Doc. 20) is hereby GRANTED, and the Commissioner is ordered to pay attorney fees in the amount of $7,800.00 to the Plaintiff as the prevailing party.

IT IS FURTHER ORDERED that if the Plaintiff's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of such fees to the Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 22nd day of April, 2025.

_____
**STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE**